UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

            -against-

DAVID ALVAREZ,

            Defendant.
----------------------------------X

<u>MEMORANDUM AND ORDER</u>
04-CR-681(DRH)

A P P E A R A N C E S:

For the Government:
    Benton J. Campbell
    United States Attorney
    Eastern District of New York
    610 Federal Plaza
    Central Islip, New York  11722
      By: William P. Campos, A.U.S.A.

For Defendant:
    David Alvarez, Pro Se
    Reg. No. 68830-053
    FCI - Fairton
    P.O. Box 420
    Fairton, New Jersey 08320

HURLEY, Senior District Judge

      By letter filed on December 14, 2009, David Alvarez ("petitioner" or "Alvarez") requests, pursuant to the "[S]econd [C]hance [Act]," that he be transferred to community confinement "to be with [his seriously ill] two year old son." (Alvarez Letter at 1.)

      On April 9, 2008, Congress enacted the Second Chance Act of 2007 ("the Act"), which amended 18 U.S.C. § 3624(c) to require BOP:

> to the extent practicable, [to] ensure that a
> prisoner serving a term of imprisonment
> spends a portion of the final months of that
> term (not to exceed 12 months), under

> conditions that will afford that prisoner a
> reasonable opportunity to adjust to and
> prepare for the reentry of that prisoner into
> the community.  Such conditions may include a
> community correctional facility.

Pub. L. No. 110-199, 122 Stat. 657 (2008).

Petitioner is presently serving a one hundred month period of incarceration after being sentenced by me on December 16, 2005.  Accordingly, he is not eligible for release under the Act since he has not entered the "final months" of his term of imprisonment.  <u>Id.</u>

Accordingly, petitioner's understandable request, predicated on 18 U.S.C. § 3624(c), must be and is denied.

SO ORDERED.

Dated: February 9, 2010
       Central Islip, New York

_____
DENIS R. HURLEY, U.S.D.J.